■ PEOPLE v WILFREDO ALVAREZ, Defendant.—Motion granted and time to take appeal extended upon condition that a notice of appeal is filed and served on or before November 4,

1991. Memorandum: Defense counsel failed to comply with 22 NYCRR 1022.11 (a). Violation of this rule constitutes improper conduct on the part of defense counsel and is particularly egregious in view of our many reminders to the criminal bar. Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.